**J. C. REYNOLDS et al. v. T. Vernon JONES et al.**

No. 1454.

Court of Civil Appeals of Texas. Waco.

Oct. 12, 1933.

Rehearing Denied Nov. 16, 1933.

Nat Harris, of Waco, for plaintiffs in error.

S. J. T. Smith, of Waco, for defendants in error.

ALEXANDER, Justice.

It appears that on April 27, 1933, this court affirmed the above cause on certificate. See Reynolds v. Jones, 60 S.W.(2d) 855. The plaintiffs in error have now brought up the same cause of action by writ of error. We are of the opinion that the questions involved therein have become moot and that the cause of action should be dismissed, and it is accordingly so ordered.

**Minnie Ethel ROGERS, Appellant, v. M. Tilford JONES et al., Appellees.**

No. 9326.

Court of Civil Appeals of Texas. San Antonio.

Oct. 18, 1933.

Rehearing Denied Nov. 22, 1933.

John J. Pichinson, of Corpus Christi, for appellant.

John C. North, of Corpus Christi, for appellees.

PER CURIAM.

Appellant herein sued to enjoin the appellees from selling real estate under the power of sale stipulated in a certain deed of trust.

Appellant based her petition upon the provisions of the so-called Moratorium Law, which is House Bill No. 231 (c. 102), passed by the regular session of the 43d Legislature (Vernon's Ann. Civ. St. art. 2218b).

This court has very recently decided, in the case of Malachy Murphy v. E. O. Phillips et al., 63 S.W.(2d) 404, that House Bill No. 231 is unconstitutional and void, wherein it attempts to stay trustee sales of real estate provided for in deeds of trust.

For the reasons therein stated, we are of the opinion that the trial judge properly refused the injunction herein prayed for by appellant.

The temporary injunction heretofore granted by this court will be, in all things, dissolved.

The judgment is affirmed.